NUMBERS
13-02-150-CR, 13-02-151-CR, and 13-02-152-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

JUAN CANTU,                                                                     Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On
appeal from the 319th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

         Before
Chief Justice Valdez and Justices Hinojosa and Yanez

                                       Opinion
Per Curiam

 








Appellant, JUAN CANTU, perfected
appeals from  judgments
entered by the  319th
District Court of Nueces County, Texas,  in cause numbers 01-CR-2119-G,
01-CR-2238-G, and 01-CR-2120-G. 
Appellant has filed 
motions to dismiss the appeals. 
The motions comply with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motions to dismiss
the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted.  Appellant's motions
to dismiss the appeals are granted, and the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 18th
day of April, 2002.